SARAH E. HERMANS, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued January 23, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, in favor of plaintiff, entered upon an order made January 23, 1892, which affirmed an order denying a motion by defendant for a new trial and directed a judgment upon a verdict.

*J. W. Dunwell* for appellant.

*Louis Marshall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.